1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:06-MC-0079-MCE-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $16,000.00 IN U.S. CURRENCY, | |
| MISCELLANEOUS SILVER, GOLD, AND PLATINUM COLLECTIBLE UNITED STATES COINS VALUED AT APPROXIMATELY $311,720, AND | |
| MISCELLANEOUS ELECTRONIC EQUIPMENT VALUED AT APPROXIMATELY $20,000, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Xiaohui Wu ("Claimant"), by and through their respective attorney, as follows:

///
///
///
///

1     1.  On or about May 1, 2006, Claimant filed a claim, in the administrative forfeiture proceedings, with the United States Postal Inspection Service with respect to the approximately $16,000 in U.S. Currency; miscellaneous silver, gold, and platinum collectible United States coins valued at approximately $311,720; and the miscellaneous electronic equipment valued at approximately $20,000 (hereafter referred to as the "defendant properties"), which were seized on or about January 24, 2006.

     2.  The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the defendant properties as required by law in the administrative forfeiture proceeding.

     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is currently July 28, 2006.

///
///
///
///

1    4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
2 by agreement to extend to October 26, 2006, the time in which the
3 United States is required to file a civil complaint for forfeiture
4 against the defendant properties and/or to obtain an indictment
5 alleging that the defendant properties are subject to forfeiture.
6    5.  Accordingly, the parties agree that the deadline by which
7 the United States shall be required to file a complaint for
8 forfeiture against the defendant properties and/or to obtain an
9 indictment alleging that the defendant properties are subject to
10 forfeiture shall be extended to October 26, 2006.

11 DATED: 7/20/06            McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Philip A. Ferrari
13                          PHILIP A. FERRARI
                            Assistant U.S. Attorney

16 DATE: 7/20/06             /s/ Tim Zindel
                            TIM ZINDEL
17                          Attorney for Claimant Xiaohui Wu

18                          (Original signature retained by
                               Attorney)

20  **IT IS SO ORDERED.**

22 DATE: July 25, 2006

                            _____
                            MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE

3