1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,
                                        2:06-MC-0079-MCE-KJM
11           Plaintiff,
                                        **STIPULATION AND ORDER**
12      v.                              **EXTENDING THE UNITED STATES'**
                                        **TIME TO FILE A COMPLAINT FOR**
13 APPROXIMATELY $16,000.00 IN U.S.     **FORFEITURE AND/OR TO OBTAIN AN**
   CURRENCY,                            **INDICTMENT ALLEGING FORFEITURE**
14
   MISCELLANEOUS SILVER, GOLD, AND
15 PLATINUM COLLECTIBLE UNITED
   STATES COINS VALUED AT
16 APPROXIMATELY $311,720, AND

17 MISCELLANEOUS ELECTRONIC
   EQUIPMENT VALUED AT
18 APPROXIMATELY $20,000,

19           Defendants.

20

21      It is hereby stipulated by and between the United States of

22 America and claimant Xiaohui Wu ("Claimant"), by and through their

23 respective attorney, as follows:

24      1.  On or about May 1, 2006, Claimant filed a claim, in the

25 administrative forfeiture proceedings, with the United States

26 Postal Inspection Service with respect to the approximately $16,000

27 in U.S. Currency; miscellaneous silver, gold, and platinum

28 collectible United States coins valued at approximately $311,720;

1  and the miscellaneous electronic equipment valued at approximately
2  $20,000 (hereafter referred to as the "defendant properties"),
3  which were seized on or about January 24, 2006.
4       2.  The United States Postal Inspection Service has sent the
5  written notice of intent to forfeit required by 18 U.S.C. §
6  983(a)(1)(A) to all known interested parties.  The time has expired
7  for any person to file a claim to the defendant properties under 18
8  U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant
9  has filed a claim to the defendant properties as required by law in
10 the administrative forfeiture proceeding.
11      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
12 required to file a complaint for forfeiture against the defendant
13 properties and/or to obtain an indictment alleging that the
14 defendant properties are subject to forfeiture within 90 days after
15 a claim has been filed in the administrative forfeiture
16 proceedings, unless the court extends the deadline for good cause
17 shown or by agreement of the parties.  That deadline was originally
18 July 28, 2006.
19      4.  By Stipulation and Order filed July 25, 2006, the parties
20 stipulated to extend to October 26, 2006, the time in which the
21 United States is required to file a civil complaint for forfeiture
22 against the defendant properties and/or to obtain an indictment
23 alleging that the defendant properties are subject to forfeiture.
24      5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
25 by agreement to further extend to December 26, 2006, the time in
26 which the United States is required to file a civil complaint for
27 forfeiture against the defendant properties and/or to obtain an
28

1 indictment alleging that the defendant properties are subject to
2 forfeiture.
3     6.  Accordingly, the parties agree that the deadline by which
4 the United States shall be required to file a complaint for
5 forfeiture against the defendant properties and/or to obtain an
6 indictment alleging that the defendant properties are subject to
7 forfeiture shall be extended to December 26, 2006.

DATED: 10/24/06                McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Philip A. Ferrari
                                   PHILIP A. FERRARI
                                   Assistant U.S. Attorney


DATE: 24 Oct. 2006             /s/ Tim Zindel
                                   TIM ZINDEL
                                   Attorney for Claimant Xiaohui Wu

                                   (Original signature retained by attorney)

**IT IS SO ORDERED.**

DATE: October 27, 2006

                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

3