1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,
                                           2:06-MC-0079-MCE-KJM
11          Plaintiff,
                                           **STIPULATION AND ORDER
12      v.                                 EXTENDING THE UNITED STATES'
                                           TIME TO FILE A COMPLAINT FOR
13 APPROXIMATELY $16,000.00 IN U.S.        FORFEITURE AND/OR TO OBTAIN AN
   CURRENCY,                               INDICTMENT ALLEGING FORFEITURE**
14
   MISCELLANEOUS SILVER, GOLD, AND
15 PLATINUM COLLECTIBLE UNITED
   STATES COINS VALUED AT
16 APPROXIMATELY $311,720, AND

17 MISCELLANEOUS ELECTRONIC
   EQUIPMENT VALUED AT
18 APPROXIMATELY $20,000,

19          Defendants.

20

21      It is hereby stipulated by and between the United States of

22 America and claimant Xiaohui Wu ("Claimant"), by and through their

23 respective attorney, as follows:

24 ///

25 ///

26 ///

27 ///

28 ///

1       1.  On or about May 1, 2006, Claimant filed a claim, in the administrative forfeiture proceedings, with the United States Postal Inspection Service with respect to the approximately $16,000 in U.S. Currency; miscellaneous silver, gold, and platinum collectible United States coins valued at approximately $311,720; and the miscellaneous electronic equipment valued at approximately $20,000 (hereafter referred to as the "defendant properties"), which were seized on or about January 24, 2006.

        2.  The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the defendant properties as required by law in the administrative forfeiture proceeding.

        3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant properties and/or to obtain an indictment alleging that the defendant properties are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was originally July 28, 2006.

///
///
///
///

2

1   4.  By Stipulation and Order filed July 25, 2006, the parties
2 stipulated to extend to October 26, 2006, the time in which the
3 United States is required to file a civil complaint for forfeiture
4 against the defendant properties and/or to obtain an indictment
5 alleging that the defendant properties are subject to forfeiture.
6   5.  By Stipulation and Order filed October 30, 2006, the
7 parties stipulated to extend to December 26, 2006, the time in
8 which the United States is required to file a civil complaint for
9 forfeiture against the defendant properties and/or to obtain an
10 indictment alleging that the defendant properties are subject to
11 forfeiture.
12   6.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
13 by agreement to further extend to March 26, 2007, the time in which
14 the United States is required to file a civil complaint for
15 forfeiture against the defendant properties and/or to obtain an
16 indictment alleging that the defendant properties are subject to
17 forfeiture.
18   7.  Accordingly, the parties agree that the deadline by which
19 the United States shall be required to file a complaint for
20 forfeiture against the defendant properties and/or to obtain an
21 indictment alleging that the defendant properties are subject to
22 forfeiture shall be extended to March 26, 2007.
23 ///
24 ///
25 ///
26 ///
27 ///
28

3

1 | DATED: 12/15/06                      McGREGOR W. SCOTT
                                         United States Attorney
2
                                         /s/ Philip A. Ferrari
3                                        PHILIP A. FERRARI
                                         Assistant U.S. Attorney
4
  DATE: 12/15/06                         /s/ Tim Zindel
5                                        TIM ZINDEL
                                         Attorney for Claimant Xiaohui Wu
6
                                         (Original signature retained by
7                                        attorney)

8
       **IT IS SO ORDERED.**
9
  DATE: December 20, 2006
10

[signature]

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4